**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YUSEF ROYAL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-5985** |
| | : | |
| **DEPARTMENT OF HEALTH, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this **28th** day of **August 2026**, upon consideration of Plaintiff Yusef Royal's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. The Complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the accompanying Memorandum.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DISMISSED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**